UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALEX KEVIN TAVERAS,

                Plaintiff,

-against-

DENNIS HASTY, BUREAU OF PRISONS,
M. D. C., BROOKLYN, OFFICER CHANA
BROTHERS, OFFICER GLADSTONE MOORE,
LIEUTENANT ROBERT THOMAS, UNITED
STATES OF AMERICA,

                Defendants.
-----------------------------------------------------------------X

JUDGMENT
02-CV-1307 (DGT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 20 2005 ★

P.M. _____
TIME A.M. _____

      A Memorandum and Order of Honorable David G. Trager, United States District Judge, having been filed on July 7, 2005, granting the government's motion for summary judgment; it is

      ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that the government's motion for summary judgment is granted.

Dated: Brooklyn, New York
       July 08, 2005

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court